IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELSA SKINNER MORGAN, ET AL,<br><br>　　　　Defendants. | )<br>) Civil Action No. 1:00-CV-00424<br>)<br>) Judge Weber<br>)<br>) **SETTLING GENERATOR/**<br>) **TRANSPORTER DEFENDANTS'**<br>) **NOTICE OF WITHDRAWAL OF**<br>) **MOTION FOR AN ORDER TO SHOW**<br>) **CAUSE**<br>) |

Settling Generator/Transporter Defendants[1] withdraw their May 11, 2004 motion for an order to show cause why Pharmacia Corporation should not be held in contempt for failing to comply with the consent decree entered in this matter on April 2, 2001. The motion is being withdrawn because Pharmacia has resolved the alleged non-compliance with the consent decree.

Respectfully submitted,

/s/ Michael J. O'Callaghan
Michael J. O'Callaghan (0043874)
Michael A. Snyder (0069425)
Shumaker, Loop & Kendrick, LLP
2210 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: 614-463-9441
Fax: 614-463-1108

Attorneys for Settling Generator/Transporter Defendants

---

[1] The Settling Generator/Transporter Defendants are Anchor Hocking Corporation, Chemical Leaman Tank Lines, Ford Motor Company, GE Aircraft Engines, General Motors Corporation, Henkel Corporation, King Wrecking Company, Inc., OXY USA Inc., The Dow Chemical Company and Velsicol Chemical Corporation.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the Settling Generator/Transporter Defendants' Notice of Withdrawal of Motion For An Order To Show Cause has been served by ordinary U.S. mail, postage prepaid this 1st day of June 2004 upon:

>Pharmacia Corporation
>c/o CT Corporation System
>1300 East Ninth Street
>Cleveland, OH 44114
>
>Michael R. Foresman, President
>Solutia Management Company, Inc.
>575 Maryville Centre Drive
>P. O. Box 66760
>St. Louis, MO 63141
>
>Linda W. Tape
>Husch & Eppenberger, LLC
>190 Carondelet Plaza, Suite 600
>St. Louis, MO 63105-3441
>
>Stephen D. Smith
>Project Manager
>Solutia, Inc.
>575 Maryville Centre Drive
>P. O. Box 66760
>St. Louis, MO 63141

>/s/ Michael J. O'Callaghan
>An Attorney for the Settling
>Generator/Transporter Defendants

2